# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV15-6274-CAS(GJSx) | Date | May 19, 2016 |
|---|---|---|---|
| Title | Foshan Naibao Electric Product Co., Ltd. et al v. Ningbo A-One Industrial Co., Ltd. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Connie Lee | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - ORDER TO SHOW CAUSE

On January 7, 2016, the Court issued an order granting plaintiff's motion for an extension of time until March 31, 2016, to serve defendant Ningbo A-One Industrial Co., Ltd. In the People's Republic of China pursuant to the Hague Service Convention. (Dkt. No. 12). To date, a proof of service as to defendant Ningbo A-One Industrial Co., Ltd. has not been filed.

Accordingly, the Court, on its own motion, orders plaintiffs to show cause in writing on or before **June 2, 2016** why this action should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of plaintiff's response.

Plaintiff is advised that the Court will consider a proof of service of summons and complaint on defendant Ningbo A-One Industrial Co., Ltd. as a satisfactory response to the Order to Show Cause on or before the date indicated above.

| | 00 : 00 |
|---|---|
| Initials of Preparer | CL |